IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PAUL BROWN**            **PLAINTIFF**

**v.**            **No. 3:25-CV-55-MPM-RP**

**UNITED COLLECTION BUREAU, INC.**            **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 21, 2025, Magistrate Judge Percy issued a Report and Recommendation (R&R) recommending that this case be dismissed for failure to prosecute. In that R&R, Judge Percy wrote as follows:

> The *pro se* plaintiff Paul Brown brought this action against the defendant, United Collection Bureau, Inc, in the Justice Court of DeSoto County, Mississippi alleging civil rights and other violations related to the plaintiff's mortgage. The plaintiff has taken no action of record since the defendant removed the case to this court on February 19, 2025. Further, the clerk mailed the court's case management order, notice of trial, notice of pretrial conference, and order governing pretrial conference to the plaintiff at his address of record -- the address he provided in his complaint – and all those mailings have been returned as undeliverable. Local Uniform Civil Rule 11(a) states, "every litigant proceeding without legal counsel has a continuing obligation to notify the clerk of court to address changes." Accordingly, the court ordered the plaintiff to show cause, no later than June 25, 2025, as to why this case should not be dismissed for failure to prosecute or to comply with the court's rules. ECF 14. Therein, the court warned, "If plaintiff fails to respond and show cause as required by this order, this action will be dismissed." *Id*. The order was mailed to the plaintiff at his address of record and, unsurprisingly, it was returned as undeliverable. As of this date, the plaintiff has failed to respond to the show cause order.
> Therefore, the undersigned RECOMMENDS that this case be DISMISSED without prejudice.

[Docket entry 16 at 1].

The docket indicates that Judge Percy's R&R was, like other filings sent to plaintiff, returned as undeliverable, [docket entry 17-1], and it thus seems clear that plaintiff has failed in

1

his duty to notify the clerk of the court of any address changes. Plaintiff has further failed to prosecute this action, and this court therefore agrees with Judge Percy's recommendation that this case be dismissed without prejudice.

It is therefore ordered that Judge Percy's Report and Recommendation is adopted as the order of this court, and this case is hereby dismissed without prejudice.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

So ordered, this the 16th day of October, 2025

      /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI